Jane CARTER, Appellant,

v.

WILLIAMS RESIDENTIAL,
INC., Respondent.

No. 74274.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 23, 1999.

Stephen C. Banton, Quinn, Ground & Banton, L.L.P., St. Louis, MO, for appellant.

Janet L. Williams, St. Louis, MO, for respondent.

Before JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Jane Carter appeals from the Labor and Industrial Relations Commission's decision affirming the Administrative Law Judge's award of sixty percent permanent partial disability. We affirm.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).

SOUTHWESTERN BELL YELLOW
PAGES, et al., Respondents,

v.

GERALD GRUSKA, INC., Appellant.

No. 74310.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 23, 1999.

Gregory G. Fenlon, St. Louis, MO, for appellant.

James N. Fendelman, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE,
P.J., GARY M. GAERTNER, and
LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Gerald Gruska, Jr., d/b/a Quality Auto, Inc., appeals the trial court's judgment nunc pro tunc changing its name from Gerald Gruska, Inc., d/b/a Quality Auto, Inc., to Gerald Gruska, Jr., d/b/a Quality Auto, Inc. We find that the trial court's nunc pro tunc order is supported by the record. *Brunton v. Floyd Withers, Inc.*, 716 S.W.2d 823 (Mo. App. E.D.1986).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).